United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHELTON HOWARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-CV-105 |
| | § | |
| AMERIHOME MORTGAGE COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

## **STIPULATED DISMISSAL**

On September 13, 2023, the parties filed a joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 17.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff in the above-captioned lawsuit are **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 14th day of September, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE